UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                                                              **ORDER**

                      -against-

MAURICIO CALDERON,                                            22-CR-114 (CCC)-1

                                      Defendant.

------------------------------------------------------------------- x

       Upon the application of defendant MAURICIO CALDERON, through his counsel Peter Guadagnino, Esq., and upon all proceedings previously herein, and with the **consent of Pretrial Services and the Government**, it is hereby:

       **ORDERED** that Mauricio Calderon, shall surrender directly to the Essex County Jail in Newark, NJ on October 13, 2022 by 12 p.m., and that the United States Marshals Service shall transport Mr. Calderon to his designated prison of FCI Ashland, Kentucky.

SO ORDERED.

DATED: Newark, New Jersey
      October 13, 2022

                                                                                _____

                                                                                THE HONORABLE Claire C. Cecchi

                                                                                United States District Court Judge