UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                              -against-

MAURICIO CALDERON,

                                    Defendant.

    **ORDER**

22-CR-114 (CCC)-1

----------------------------------------------------------------- x

      Upon the application of defendant MAURICIO CALDERON, through his counsel Peter Guadagnino, Esq., and upon all proceedings previously herein, and with the **consent of Pretrial Services and the Government**, it is hereby:

      **ORDERED** that Mauricio Calderon, shall surrender directly to the Essex County Jail in Newark, NJ on October 13, 2022 by 12 p.m., and that the United States Marshals Service shall transport Mr. Calderon to his designated prison of FCI Ashland, Kentucky.

SO ORDERED.

DATED: Newark, New Jersey
     October 13, 2022

_____
THE HONORABLE Claire C. Cecchi
United States District Court Judge